JOSEPH LEWIS, Appellant, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK, et al., Respondents.

Argued June 4, 1937; decided July 13, 1937.

*Joseph Wheless* for appellant.

*Paul Windels, Corporation Counsel (William C. Chanler* and *Thomas W. A. Crowe* of counsel), for respondents.

Appeal dismissed, with costs, on the ground that the constitutional question is not the sole question involved in the appeal. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.